# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| JEFFREY A. DIXON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:17-cv-00463-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 13, 2018 Memorandum of Decision and Order.

August 13, 2018

Frank G. Johns, Clerk
United States District Court